UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEBRA STRENGBERG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 14-2623 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the matter is remanded to the Commissioner for an award of benefits consistent with the memorandum of decision.

May 3, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge